IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA M. BLANCAS,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | 1:09cv01026 DLB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Document 13)<br><br>ORDER GRANTING EXTENSION OF TIME |

On June 10, 2009, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. After failing to file an opening brief, the Court issued an order to show cause on February 26, 2010.

Plaintiff responded to the order to show cause on March 4, 2010. Plaintiff's counsel explained that he timely served the confidential letter brief on Defendant, but that due to internal administrative issues, Defendant failed to respond. Plaintiff failed to calendar a response date and was therefore not aware of the delay.

Defendant has now provided a response to the confidential letter brief and Plaintiff requests an extension of time to April 5, 2010, to file an opening brief.

1

1 | For good cause, the Court DISCHARGES the order to show cause and GRANTS Plaintiff's request for an extension of time. Plaintiff's opening brief shall be due on April 5, 2010.

IT IS SO ORDERED.

**Dated:   March 5, 2010**                              /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE